IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60613
Summary Calendar
_____

SALVATORE D'ANGELO,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A14 757 553
- - - - - - - - - -

February 19, 1999

Before REAVLEY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:*

    Salvatore D'Angelo petitions for review of the decision of the Board of Immigration Appeals dismissing his appeal from an order of deportation. D'Angelo was ordered deported because he was convicted of distribution of heroin in 1989. Pursuant to section 309(c)(4) of the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA), Pub. L. No. 104-208, 110 Stat. 3009 (Sep. 30, 1996), we lack jurisdiction to entertain D'Angelo's appeal.

    PETITION DISMISSED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.